IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONEY MAURICE KEITH, SR., <br> (AIS # 196584), <br>     Plaintiff, <br> vs. <br> ATMORE POLICE DEPARTMENT, <br> et al., <br>     Defendants. | CIVIL ACTION 13-0019-CG-M |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Atmore Police Department, Escambia County Detention Center, and Stephen Billingsley and Company be **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

**DONE and ORDERED** this 10th day of October, 2013.

                                          /s/  Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE