## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONEY MAURICE KEITH, SR.,** | **)** | |
| **(AIS # 196584),** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION 13-0019-CG-M** |
| | **)** | |
| **ATMORE POLICE DEPARTMENT,** | **)** | |
| <u>et</u> <u>al</u>., | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Atmore Police Department, Escambia County Detention Center, and Stephen Billingsley and Company be **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

**DONE and ORDERED** this 10th day of October, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE