IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONEY MAURICE KEITH, SR., <br> (AIS # 196584), <br><br> Plaintiff, <br><br> vs. <br><br> ATMORE POLICE DEPARTMENT, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION 13-0019-CG-M <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment be entered in favor of Defendants Atmore Police Department, Escambia County Detention Center, and Stephen Billingsley and Company and against Plaintiff Toney Maurice Keith, Sr.

**DONE and ORDERED** this 10th day of October, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE