## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONEY MAURICE KEITH, SR.,** | ) | |
| **(AIS # 196584),** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 13-0019-CG-M** |
| | ) | |
| **ATMORE POLICE DEPARTMENT,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED**, and **DECREED** that Judgment be entered in favor of Defendants

Atmore Police Department, Escambia County Detention Center, and Stephen

Billingsley and Company and against Plaintiff Toney Maurice Keith, Sr.

**DONE and ORDERED** this 10th day of October, 2013.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE